# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael K. Tillman
Debroah Lynn Tillman
        Debtor(s)

CHAPTER 13

NO. 14-14169 SR

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about **7/27/17**.

                              Respectfully submitted,

                              **/s/ Matteo S. Weiner, Esquire**
                              Matteo S. Weiner, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              412-430-3594

July 28, 2017