```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                      Case No. 14-14169-jkf
Michael K. Tillman                                          Chapter 13
Deborah Lynn Tillman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                 Page 1 of 1            Date Rcvd: May 22, 2018
                              Form ID: pdf900              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
```
db/jdb         +Michael K. Tillman,    Deborah Lynn Tillman,    336 Taylors Mill Road,
                 West Chester, PA 19380-4110
cr             +CRAIG BURNETT,    709 Hillside Drive,    West Chester, PA 19380-2359
NONE           +Michael J Bresnahan,    310 N. High St.,    West Chester, PA 19380-2614
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 619096,
                 Dallas, TX  75261-9741)
cr             +VALERIE BURNETT,    709 Hillside Drive,    West Chester, PA 19380-2359
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 23 2018 01:36:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 01:36:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2018 01:36:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bnc-quantum@quantum3group.com May 23 2018 01:36:25
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              MICHAEL J. BRESNAHAN    on behalf of  Michael J Bresnahan mikewcpsu@verizon.net
              MICHAEL J. BRESNAHAN    on behalf of Debtor Michael K. Tillman mikewcpsu@verizon.net
              MICHAEL J. BRESNAHAN    on behalf of Joint Debtor Deborah Lynn Tillman mikewcpsu@verizon.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael K. Tillman<br>Deborah Lynn Tillman<br>    Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC<br>    Movant<br>vs. | NO. 14-14169 JKF |
| Michael K. Tillman<br>Deborah Lynn Tillman<br>    Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>    Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,999.74,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2018 through March 2018 at $2,309.21/month<br>April 2018 at $2,329.97/month |
| Suspense Balance: | $979.65 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$6,999.74** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on May 1, 2018, Debtor(s) shall resume the present regular monthly payment of **$2,329.97** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) at the address below:

**Nationstar Mortgage,
LLC** P.O. Box 619094
Dallas, TX 75261-9741

b). Beginning on June 1, 2018 through November 1, 2018, Debtor(s) shall pay an installment payment of **$1,000.00** towards the arrearages on or before the last day of each month at the address below:

**Nationstar Mortgage,
LLC** P.O. Box 619094
Dallas, TX 75261-9741

        c).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: May 9, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: May 13, 2018

Michael J. Bresnahan Esq.
Attorney for Debtors

Date: 4/14/18

Frederick L. Reigle
Chapter 13 Trustee

Page 2

Approved by the Court this **21st** day of **May**, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon