Certificate Number: 06531-PAE-DE-032905576

Bankruptcy Case Number: 14-14169


06531-PAE-DE-032905576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2019, at 12:14 o'clock PM CDT, Michael K Tillman completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.


FILED
JUN 1 0 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Date:   June 2, 2019              By:    /s/Evangelina Gunn

                                  Name:  Evangelina Gunn

                                  Title: Counselor