Certificate Number: 06531-PAE-DE-032905573

Bankruptcy Case Number: 14-14169



06531-PAE-DE-032905573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2019, at 12:14 o'clock PM CDT, Deborah L Tillman completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

FILED
JUN 10 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Date:  June 2, 2019         By:   /s/Evangelina Gunn

                            Name: Evangelina Gunn

                            Title: Counselor