IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael K. Tillman
Deborah Lynn Tillman
                Debtors

NATIONSTAR MORTGAGE LLC
            v.
Michael K. Tillman
Deborah Lynn Tillman
           and
Scott Waterman Esq.
               Trustee

Chapter 13

NO. 14-14169 JKF

## ORDER

AND NOW, this 29th day of August, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 25, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NATIONSTAR MORTGAGE LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 336 Taylors Mill Road West Chester, PA 19380.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Michael K. Tillman
336 Taylors Mill Road
West Chester, PA 19380

Deborah Lynn Tillman
336 Taylors Mill Road
West Chester, PA 19380

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael J. Bresnahan Esq.
402 Taylor Lane
Kennet Square, PA 19348

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532