United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14169-jkf
Michael K. Tillman                                                      Chapter 13
Deborah Lynn Tillman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey                Page 1 of 2              Date Rcvd: Dec 12, 2019
                               Form ID: 138NEW             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
```
db/jdb         +Michael K. Tillman,   Deborah Lynn Tillman,    336 Taylors Mill Road,
                 West Chester, PA 19380-4110
cr             +CRAIG BURNETT,    709 Hillside Drive,   West Chester, PA 19380-2359
cr             +VALERIE BURNETT,    709 Hillside Drive,   West Chester, PA 19380-2359
13361225       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13314257       +Allied Interstate, LLC,    P. O. Box 4000,   Warrenton, VA 20188-4000
13314258       +American Express,    PO Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
13375639        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13314259       +Barnett, Craig and Vallerie,    709 Hillside Dr.,   West Chester, PA 19380-2359
13314263      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
13314271      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,    P. O. Box 182676,
                 Columbus, OH 43218)
13371438        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13314262       +Chester County Hospital,    701 E. Marshall St,   West Chester, PA 19380-4421
13373028       +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
13376997       +Craig S. Burnett,   Valerie L. Burnett,    709 Hillside Drive,   West Chester, PA 19380-2359
13314265       +Credit First/CFNA,    BK13 Credit Operations,   PO Box 818011,   Cleveland, OH 44181-8011
13384260       +EverBank,   301 West Bay Street,    Jacksonville, Florida 32202-5180
13314267       +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,   301 West Bay Street,
                 Jacksonville, FL 32202-5184
13314268       +Gateway Medical Associates, P.C.,    412 Creamery Way,   Suite 400,   Exton, PA 19341-2551
13314269       +Graystone Tower Bank,    275 Limestone Road,   Oxford, PA 19363-1231
13314270       +Harrah's Casino and Racetrack,    777 Harrah's Blvd.,   Chester, PA 19013-4597
13314272       +Honorable William D. Kraut,    601 Westtown Road,   Suite 110,   P. O. Box 2747,
                 West Chester, PA 19380-0990
13351489       +Michael J. Bresnahan,    310 N. High St.,   West Chester, PA 19380-2614
13642495      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13314276       +Pnc Bank,   Attn: Bankruptcy,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13314277        Pulmonary Critical Care & Sleep Associat,    1098 W. Baltimore Pike,    Suite 3402,
                 Oxford, PA 19363
13353420       +Pulmonary Critical Care & Sleep Associates,    1098 W. Baltimore Pike,    Suite 3402,
                 Media, Pa 19063-5139
13314278       +Robin L. Misetic and Maryann V. Misetic,    202 N. Washington St,
                 Kennett Square, PA 19348-2834
13314279       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
13314281       +Susquehanna Bank,    1845 Walnut St,   Philadelphia, PA 19103-4708
13314284       +Susquehanna Bank Pa,    1845 Walnut St,   Philadelphia, PA 19103-4708
13334843       +The Chester County Hospital,    c/o Tabas & Rosen, P.C.,   1601 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2306
13314285       +Tires Plus Total Car Care,    P. O. Box 81344,   Cleveland, OH 44188-0001
13314266      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
13314287       +Valley Forge Casino,    1160 First Ave.,   King of Prussia, PA 19406-1372
13404361        Valley Forge Convention Center Partners,    Josiah Knapp, Esquire,
                 1600 Market Street, Ste. 1416,   Philadelphia, PA 19103-7201
13314288       +WHCGPA Chester County OB GYN,    P. O. Box 843292,   Boston, MA 02284-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 13 2019 03:33:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:33:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2019 03:33:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13314260      ++E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2019 03:37:48     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
13314274      ++E-mail/Text: bncnotices@becket-lee.com Dec 13 2019 03:32:50     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13314275       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 13 2019 03:32:55     PECO Energy,
                 2301 Market St.,   Philadelphia, PA 19103-1380
13390241        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:38:27
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13362838        E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2019 03:32:57
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Dec 12, 2019
                               Form ID: 138NEW           Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13314280        E-mail/Text: appebnmailbox@sprint.com Dec 13 2019 03:33:13     Sprint,    P.O. BOX 4191,
                 Carol Stream, IL 60197
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*          +Michael J Bresnahan,    310 N. High St.,    West Chester, PA 19380-2614
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC.,     PO Box 619096,
                  Dallas, TX  75261-9741)
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13314264*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                  PO Box 20507,    Kansas City, MO 64195)
13314286*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Unvl/citi,    Attn.: Centralized Bankruptcy,    PO Box 20507,
                  Kansas City, MO 64195)
13314261*      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
13795608*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13314282*      +Susquehanna Bank,    1845 Walnut St,    Philadelphia, PA 19103-4708
13314283*      +Susquehanna Bank,    1845 Walnut St,    Philadelphia, PA 19103-4708
13314273      ##+Hospital Care Specialists, LLC,    P. O. Box 756,    Toms River, NJ 08754-0756
                                                                                TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    EverBank ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC.
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
          MICHAEL J. BRESNAHAN    on behalf of  Michael J Bresnahan mikewcpsu@verizon.net
          MICHAEL J. BRESNAHAN    on behalf of Debtor Michael K. Tillman mikewcpsu@verizon.net
          MICHAEL J. BRESNAHAN    on behalf of Joint Debtor Deborah Lynn Tillman mikewcpsu@verizon.net
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael K. Tillman and Deborah Lynn Tillman

       Debtor(s)            Bankruptcy No: 14–14169–jkf

                                                           Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                       For The Court
                                                   Timothy B. McGrath
                                                    Clerk of Court

Dated: 12/12/19

                                                                               101 – 100
                                                                             Form 138_new