## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

Michael K. Tillman and Deborah Lynn Tillman : Case No. 14–14169–jkf

      Debtor(s)

## *ORDER*
_____

AND NOW, this day , January 21, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

105
Form 195